

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

JERRY'S HOME CONSTRUCTION &
BUILDERS, INC., et al.,

Plaintiff(s),

v.

MB FINANCIAL BANK, N.A.,

Defendant(s).

Case No. 15C1276
Judge   CHARLES R. NORGLE

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

X    other:  Case is dismissed for lack of subject matter jurisdiction.

---

This action was *(check one)*:

☐    tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐    tried by Judge     without a jury and the above decision was reached.
X    decided by Judge CHARLES R. NORGLE     on a motion to dismiss.

Date: 5/7/2015

Thomas G. Bruton, Clerk of Court

, Deputy Clerk
Eric Fulbright